# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **JIMMY L. TAYLOR,**<br><br>*Petitioner*,<br><br>v.<br><br>**STATE OF GEORGIA**, *et al.*,<br><br>*Respondents*. | **CIVIL ACTION NO.**<br>**5:22-cv-00123-TES-CHW** |

### ORDER ADOPTING THE UNITED STATES MAGISTRATE JUDGE'S RECOMMENDATION

Plaintiff failed to file an objection to the United Magistrate Judge's Recommendation [Doc. 5], and the time period prescribed by 28 U.S.C. § 636(b)(1) has expired. *See* 28 U.S.C. § 636(b)(1)(C) *in connection with* Fed. R. Civ. P. 6(d). Having reviewed the Recommendation for clear error, the Court **ADOPTS** it and **MAKES IT THE ORDER OF THE COURT**. Accordingly, the Court **DENIES** Plaintiff's Motion for Preliminary Injunction [Doc. 3].

**SO ORDERED**, this 24th day of May, 2022.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**