IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JIMMY L TAYLOR, | : |
|       Petitioner, | : |
| VS. | :   NO. 5:22-CV-00123-TES-CHW |
| STATE OF GEORGIA, *et al.*, | : |
|       Respondents. | : |

## ORDER

In accordance with the Court's previous orders and instructions, *pro se* Petitioner Jimmy L. Taylor has filed a recast petition (ECF No. 7) and a motion for leave to proceed *in forma pauperis* in this action (ECF No. 8). A review of Petitioner's submissions demonstrates that he should be able to pay the filing fee in this action. The filing fee required in a § 2241 case is only $5.00, and Petitioner states that he currently has $100.00 available to him in a checking or savings account. Mot. Proceed IFP 2, ECF No. 8. Petitioner's motion for leave to proceed *in forma pauperis* (ECF No. 8) is therefore **DENIED**, and he must pay the filing fee if he wishes to proceed with this case. If Petitioner contends he is unable to pay the amount required, he may file a renewed motion for leave to proceed *in forma pauperis* and explain in further detail why he cannot now pay the $5.00 filing fee. The Clerk is **DIRECTED** to mail Petitioner a copy of the non-prisoner motion for leave to proceed *in forma pauperis*, marked with the case number of the above-captioned action, that Petitioner may use for this purpose if desired.

Petitioner shall have **FOURTEEN (14) DAYS** from the date shown on this Order to pay the required $5.00 filing fee or file a renewed motion for leave to proceed *in forma pauperis*. **Failure to fully and timely comply with this Order may result in the dismissal of Petitioner's application.** Petitioner is also instructed to immediately notify the Court in writing of any change in his mailing address. There will be no service of process in this case until further order of the Court.

If Petitioner does not wish to now pursue habeas relief, he should notify the Court of this and/or withdraw his petition within **FOURTEEN (14) DAYS** of the date shown on this Order. Petitioner is also instructed to notify the Court in writing of any change in his mailing address. **Failure to fully and timely comply with this Order may result in the dismissal of Petitioner's application for habeas relief.** There will be no service of process in this case until further order.

**SO ORDERED**, this 27th day of June, 2022.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge