IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JIMMY L. TAYLOR, | * |
| Petitioner, | * |
| v. | Case No.  5:22-cv-00123-TES-CHW |
| | * |
| STATE OF GEORGIA, et al., | * |
| Respondents. | * |
| | * |

**J U D G M E N T**

Pursuant to this Court's Order dated August 10, 2022, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Petitioner shall recover nothing of Respondents.

This 10th day of August, 2022.

David W. Bunt, Clerk

s/ Tydra Miller, Deputy Clerk